UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN-ARAB ANTI-DISCRIMINATION COMMITTEE, et al., | 04 11652 NG |
| Plaintiffs, | CIVIL ACTION NO. |
| v. | |
| MASSACHUSETTS BAY TRANSPORTATION AUTHORITY | |
| Defendant | |

## PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION AND EMERGENCY MOTION FOR EXPEDITED HEARING

Plaintiffs in the above-captioned civil action hereby move this Court for an injunction directing the Defendant to refrain from acts violative of the rights secured to the Plaintiffs under the Constitution, laws and regulations of the United States, in connection with Plaintiffs use of the Massachusetts Bay Transportation Authority ("MBTA") transit system.

Due to the urgency of the requested relief, Plaintiffs request that this Court order an expedited hearing on this Motion for Preliminary Injunction, to take place on July 27, 2004 as early in the day as the Court's schedule permits.

Because Plaintiffs are likely to succeed on the merits of their claim and will be irreparably harmed unless the requested relief issues, a harm which outweighs any risk of harm to Defendant, and as is further supported by Plaintiffs' Complaint, Plaintiffs' Memorandum of Law in Support of Plaintiffs' Motion for Preliminary Injunction, and the attached Affidavits, Plaintiffs move this Court to enjoin Defendant's conduct as follows:

(a)     issue an injunction prohibiting Defendant, its agents, employees, assigns and all

persons acting in concert or participating with Defendant from seizing any person and/or searching that person and/or his or her belongings, in any way, as a condition of that person's utilizing the MBTA system, without individualized probable cause, except insofar as a brief investigatory stop, based on articulable reasonable suspicion, pursuant to <u>Terry v. Ohio</u>, 392 U.S. 1 (1968); and

(b)   grant such additional relief as this Court deems just and proper.

WHEREFORE, the Plaintiffs request that the Court grant the preliminary injunction.

                                            Respectfully submitted,

                                            For the Plaintiffs
                                            By their Attorneys,

                                            */s/ Michael Avery*
                                            Michael Avery
                                            BBO #024500
                                            120 Tremont Street
                                            Boston, MA  02108
                                            (617) 573-8551

                                            */s/ Howard Friedman*
                                            Howard Friedman
                                            BBO #180080
                                            J. Lizette Richards
                                            BBO #649413
                                            Law Offices of Howard Friedman, P.C.
                                            90 Canal Street, 5th Floor
                                            Boston, MA 02114-2022
                                            (617) 742-4100

Jonathan Shapiro
BBO #546368
National Lawyers Guild
Massachusetts Chapter
14 Beacon Street
Boston, MA 02108
(617) 227-7335

**CERTIFICATE OF SERVICE**

I certify that on this day a true copy of the above document was served upon the attorney of record for each party by (mail)/ by hand. *and e mail*

Date: *July 26, 2004*

*Michael Avery*