UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                                        )
AMERICAN-ARAB ANTI-                     )   04 11652 NG
DISCRIMINATION COMMITTEE, et al.,       )
                                        )   CIVIL ACTION NO.
         Plaintiffs,                    )
v.                                      )
                                        )
MASSACHUSETTS BAY                       )
TRANSPORTATION AUTHORITY,               )
                                        )
         Defendant                      )
                                        )
```

### AFFIDAVIT OF GABRIEL CAMACHO

I, Gabriel Camacho, on oath, depose and say the following:

1. I have lived in Brighton for the past 13 years.

2. Because I do not own a car, I rely on the MBTA system for transportation.

3. To reach my office in North Cambridge each morning, I take the "B" train on the Green Line to Harvard Street in Allston, ride the #66 bus to Harvard Square, then transfer onto the #77 bus to Ridge Avenue. I take the reverse route to commute home at the end of the day.

4. Further, in the course of my work as a Regional Organizer with Project Voice of the American Friends Service Committee (AFSC), I travel to various immigrant communities via the MBTA system frequently enough that I purchase a monthly "Zone 1" T Pass.

5. In the course of traveling on the MBTA system, I frequently change buses and trains at major transfer points including South Station, North Station, Back Bay, Government Center, Haymarket, Ruggles, Park Street, Porter Square, Harvard Square and JFK.

6. I always carry some type of bag with me. When attending community meetings, I usually

carry a knapsack containing flyers, brochures, pamphlets, posters and booklets for distribution. If I am appearing in court or at a press conference, I carry a briefcase. Occasionally, I must carry equipment such as a slide projector, or a laptop. Finally, when I have to take a flight for work or otherwise, I take a large suitcase with me on the Blue line to Logan Airport.

7. I plan to utilize the MBTA during the DNC. As a member of Project Voice, I will be utilizing public transportation to get to and from various social, economic justice, and peace activities surrounding the DNC with which Project Voice and the AFSC are involved.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Gabriel Camacho

Date: 7/25/04