UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

04 11652 NG

| | |
|---|---|
| AMERICAN-ARAB ANTI-DISCRIMINATION COMMITTEE, et al., ) ) ) Plaintiffs, ) ) v. ) ) MASSACHUSETTS BAY ) TRANSPORTATION AUTHORITY, ) ) Defendant ) ) | CIVIL ACTION NO. |

### AFFIDAVIT OF CAROL FREDO

I, Carol Fredo, on oath, depose and say the following:

1. I am a resident of the Commonwealth of Massachusetts.

2. On Sunday, July 25, 2004, I rode the Massachusetts Bay Transportation Authority ("MBTA") Orange line to my office at 90 Canal Street in Boston, Massachusetts.

3. I boarded the Orange Line at the Sullivan Square Station.

4. After riding one stop to the Community College Station, I saw numerous uniformed MBTA police officers on the platform.

5. When the subway came to a stop at Community College, I saw the officers board the subway cars.

6. One MBTA police officer boarded the car I was on.

7. The officer asked about 5 to 6 people in the car I was on to open their bags for him to look inside. There were approximately 20 people on the car I was on.

8. I was one of the passengers whose bags was searched.

9. After the officers were done, they exited the subway cars back on to the platform. The

whole process took about five minutes.

10. I rode one more stop to Haymarket Station, where I was getting off. I saw MBTA police officers standing on the platform at Haymarket as well.

I declare under penalty of perjury that the foregoing is true and correct.

*Carol A. Fredo*
Carol Fredo

Date: 7/25/04