UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN-ARAB ANTI-DISCRIMINATION COMMITTEE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MASSACHUSETTS BAY TRANSPORTATION AUTHORITY, <br><br> Defendant | CIVIL ACTION NO. <br><br> 04 11652 NG |

## AFFIDAVIT OF DAN KESSELBRENNER

I, Dan Kesselbrenner, on oath, depose and say the following:

1. I am a member of the National Lawyers Guild.

2. I have lived in the Boston metropolitan area for the last 25 years. I currently reside in Somerville.

3. I am the executive director of the National Immigration Project of the National Lawyers Guild. My office is located on Beacon Street in downtown Boston.

4. To get to and from my office each weekday, I take the MBTA subway. I board the Red Line at either Porter Square, Davis Square, or Kendall Square. On days that I get on at Kendall Square, I take the #85 bus to get there. I get off at the Park Street stop and walk to my office from there. I take the reverse route home.

5. I always carry a briefcase with me on my way to and from work. The contents of my briefcase include confidential papers and my laptop.

6. In addition to using the Red Line to get to and from work, I use all of the other lines with the exception of the Silver Line, for purposes of attending work-related meetings or other

events and for purposes of personal travel.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Dan Kesselbrenner

Date: 7/26/04