UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN-ARAB ANTI-DISCRIMINATION COMMITTEE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MASSACHUSETTS BAY TRANSPORTATION AUTHORITY, <br><br> Defendant | ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

CIVIL ACTION NO. 04 11652 NG

### AFFIDAVIT OF TAREEF KAWAF

I, Tareef Kawaf, on oath, depose and say the following:

1. I am a member of the American-Arab Anti-Discrimination Committee.

2. I was born in Damascus, Syria, and maintain a dual citizenship with Syria and the United States.

3. I have lived in the Boston area for nearly 18 years. I currently reside in Cambridge.

4. In order to get to and from my job as the vice president of engineering for a small software start-up company, I ride the MBTA subway every weekday. I board the Red Line at Harvard Square and get off at Park Street, a major transfer point where the Red and Green lines converge. At that point, I either board the Green Line to Arlington station or walk the rest of the way to my office. I take the reverse route home.

5. I almost always carry a backpack with me containing my laptop computer and reading materials. On occasion, I also carry a compact disk player and several compact disks.

6. I plan to take the MBTA to and from work as usual during the DNC.

I declare under penalty of perjury that the foregoing is true and correct.

                                                            _____
                                                            Tareef Kawaf

Date: _7/25/2004_