UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

04 11652 NG

AMERICAN-ARAB ANTI-
DISCRIMINATION COMMITTEE, et al.,

    Plaintiffs,

v.

MASSACHUSETTS BAY
TRANSPORTATION AUTHORITY,

    Defendant

CIVIL ACTION NO.

GAO GAO

### AFFIDAVIT OF J. LIZETTE RICHARDS, ESQ.

I, J. Lizette Richards, on oath, depose and say the following:

1. I am an attorney in good standing in the Commonwealth of Massachusetts and an associate at the Law Offices of Howard Friedman, P.C.

2. Attorney Rudy Pierce, counsel for the Massachusetts Bay Transportation Authority, provided counsel for the Plaintiffs with a copy of MBTA Transit Police General Order 2004-19, which states the policy of the MBTA to conduct searches, or Security Inspections, of individuals utilizing the MBTA transit system. A copy of that General Order is attached to the Complaint.

I declare under penalty of perjury that the foregoing is true and correct.

_____
J. Lizette Richards

Date: 7/20/04