```
               UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| AMERICAN-ARAB ANTI-<br>DISCRIMINATION<br>COMMITTEE, et al.<br><br>    Plaintiffs,<br><br>    v.<br><br>MASSACHUSETTS BAY<br>TRANSPORTATION AUTHORITY<br><br>    Defendant. | Civil No. 04-11652-NG |

GERTNER, D.J.:

## ORDER OF RECUSAL
July 26, 2004

I hereby recuse myself from the consideration of the above-entitled case pursuant to 28 U.S.C. § 455.

Dated: July 26, 2004

*/s/ Nancy Gertner*
NANCY GERTNER, U.S.D.J.