

 **Massachusetts Bay Transportation Authority**
America's First Subway

Inside the T    Traveling on the T    Projects Under Way    Doing Business with the T    Contact U

Site Map | Search | FAQs | Transit Links

**Inside the T**
From the Secretary
From the GM
T at a Glance
MBTA News/Events
Police
Career Opportunities
Investor Relations
Audited Financial Statements
Capital Investment Program
Budget Information
Environmental
Service Plan
Photos & Arts

Transit Updates

Schedules, Maps & Station Info

Passes, Programs & Fares


Quick Links:
Subway Map
Commuter Rail Map

Inside the T > MBTA News / Events

## MBTA News/Events

**Security Statement**
Release Date: 6/8/2004 E-Mail: jpesaturo@mbta.com

### SECURITY STATEMENT

As part of an effort to guard against terrorism, MBTA Police are developing a policy that would involve random checks of passengers' bags.
Both the FBI and the Department of Homeland Security have warned that terrorists might strike trains and buses in major U.S. Cities using bombs concealed in bags or luggage.

Under this policy, customers may be asked to allow a police officer to conduct a quick inspection of his/her bag... similar to searches conducted at airports.

While it is the MBTA's goal to have the policy in place prior to the Democratic National Convention, it's important to note that MBTA Police are looking long-term at a program that strikes a proper balance between individual rights and the T's obligation to ensure its customers' safety.

The MBTA is strongly committed to providing a safe and secure transit environment for the more than one million riders who use the system everyday.

 BACK

Inside the T | Traveling on the T | Projects Underway | Doing Business with the T
Contact Us | Site Map | FAQs | Transit Links | Visiting Boston | Home

©2003, Massachusetts Bay Transportation Authority, all rights reserved.    Privacy Policy