## See something? Say something.
# TRANSIT WATCH
## (617) 222-1212

# TRANSIT WATCH

# UPDATE
July, 2004



*"Our goal in initiating carry-on inspections and other security measures is to safeguard the riding public and thereby deter and prevent terrorist activity."*
—**MBTA Police Chief Carter**

### MBTA launches inspections of carry-on items.

To maintain the safety of our passengers, we ask you to support our efforts by bringing fewer items aboard MBTA buses, subway and commuter rail trains.

Due to concerns raised by the Department of Homeland Security and other law enforcement agencies, the MBTA is taking steps to make the transit system safer and more secure.

Working together, transit employees and customers can provide a highly effective first line of defense against terrorism.

### From now on:
- All MBTA customers will be subject to security inspections of any carry-on item. Your commute may be briefly delayed. Please allow a little extra time for a potential security inspection of your handbags, briefcases and/or other carry-on items and for other security measures. Your patience is appreciated.



MBTA Transit Police: (617) 222-1212
For information: (617) 222-3200
TTY: (617) 222-5146 or visit www.mbta.com

 **Massachusetts Bay Transportation Authority**

 **Massachusetts Bay Transportation Authority**