

Dear Customer,

The MBTA has put together this booklet to keep you informed about public transportation services during the week of the Democratic National Convention. While an event of this magnitude requires significant travel restrictions in the interest of national security, MBTA staff has worked very hard to develop a transit plan to maintain, and in some cases, enhance service during the convention.

This booklet outlines plans for each mode of public transportation affected by the closure of the Commuter Rail and Subway platforms at North Station, as well as Lovejoy Wharf from which the Inner Harbor Commuter Boats operate. You'll also find important information about substitute bus service, temporary stop locations, fares, and baggage restrictions.

There is no denying that this special event will result in changes to the daily routines of many commuters, but I strongly believe that the MBTA has come up with a service delivery plan that will meet or exceed expectations, and accomplish the primary objective of moving people safely and efficiently during convention week.

Sincerely,

Michael H. Mulhern
MBTA General Manager

## TABLE OF CONTENTS

**Top Ten Things to Know** .....1

**Subway**
Orange Line ...........................2
Green Line ............................2
Red Line ..............................2
Blue Line .............................2

**Bus**
Route Changes .......................3-4

**The Ride**
Advance Notice .......................5

**Commuter Boat**
Commuter Boat ........................5

**Commuter Rail**
Planning Ahead .......................6
Additional Travel Options .............7
Newburyport/Rockport Line ............7
Lowell Line .........................8-9
Haverhill/Reading Line ...............10
Fitchburg/South Acton Line ...........10

**Additional Information**
Additional Information ............11-12

**Maps**
South Station .........................4
Newburyport/Rockport Line ............8
Lowell Line ..........................9
Subway ..............................13
Commuter Rail .......................15

## Top Ten Things to Know during the DNC

1. Additional trains and buses are running all week long.

2. Plan ahead and buy tickets, tokens and passes well in advance.

3. The Fleet Center area is closed and mostly inaccessible.

4. North Station and Lovejoy Wharf will close starting Friday evening, July 23, at 8 p.m.

5. North Shore commuter rail lines will terminate at stations north of Boston. Shuttle buses and subway trains will provide connecting service.

6. At Haymarket Station:
    • Green Line services will terminate
    • Orange Line is open
    • Bus service will not run after 3:00 p.m. weekdays

7. All baggage, briefcases, packs, and boxes are subject to search.

8. Due to proximity to the Fleet Center, the Orange Line and highway buses will not permit packages onboard larger than 6" x 12" x 4" (about the size of a loaf of bread).

9. Bikes are not allowed on subway or commuter rail.

10. www.mbta.com will provide updated information on service changes and revised schedules.

## Subway

- Service will be increased on all lines during the week.
- The cost of a subway trip is $1.25, one-way.

### Orange Line

- Orange Line trains will not stop at North Station.
- Get on or off at Haymarket Station, just five minutes from North Station.
- Your bag may be inspected aboard trains at Community College and Haymarket Stations.

### Green Line

- The Green Line will end at Haymarket Station.
- To get to Science Park or Lechmere Stations, catch a shuttle bus at Government Center.

### Red & Blue Lines

- There are no scheduled changes except for increased service.

- Most bus routes have no changes except for those noted below.

- Bus fares range from 90 cents to $3.75, depending on your departure point and destination.

**Route 4 World Trade Center-North Station**
Route 4 will not be running. Before 3:00 p.m. take Bus Route 6, Boston Marine Industrial Park-Haymarket Station, for travel between Haymarket and the South Boston waterfront.

**Route 6 Boston Marine Industrial Park-Haymarket Station**
Route 6 will travel between Boston Marine Industrial Park and South Station and will not serve the North End or Haymarket Station after 3:00 p.m.

**Route 92 Assembly Square Mall-Downtown**
**Route 93 Sullivan Square Station-Downtown**
Routes 92 and 93 will travel in a loop from Sullivan Square to City Square after 3:00 p.m. and will not serve Haymarket or Downtown. Take the Orange Line for access to Sullivan Square.

**Route 111 Woodlawn or Broadway & Park Avenue to Haymarket Station**
Route 111 will travel from Broadway and Park to Wood Island Station after 3:00 p.m. and will not serve Haymarket Station. Take the Blue Line from Wood Island for downtown service.

**Route 325 Elm Street Medford to Haymarket**

**Route 326 Winchester/West Medford to Haymarket**

Route 352 **Burlington to Boston Express Bus**

Route 354 **Woburn Express to Boston**

Route 355 **Mishawum Station to Boston**

Route 424 **Salem Depot to Haymarket or Wonderland Stations**

Route 426 **Central Square Lynn to Haymarket**

Route 428 **Oaklandvale to Haymarket**

Route 434 **Peabody to Haymarket Express**

Route 441 **Marblehead to Haymarket, Wonderland**

Route 442 **Marblehead to Haymarket, Wonderland**

Route 450 **Salem Depot to Haymarket or Wonderland Stations**

Route 455 **Salem Depot to Haymarket**

The preceding thirteen bus routes will terminate at South Station, on the corner of Atlantic Avenue and Summer Street after 3:00 p.m. and will not serve Haymarket or State Street Stations.

**South Station Shuttle and Bus Locations**



Customers are advised that roadway closures and related congestion may lead to significant delays July 26 through July 29.

Travel within the Bullfinch Triangle (Causeway, Canal, Friend, Lancaster, Medford, Portland, and Traverse Streets) requires advance notice during the day, and will be restricted due to roadway closures in the afternoon and evening. When roads are closed, The RIDE will drop off customers at a security checkpoint on Merrimac Street.



- Lovejoy Wharf will be closed for the week. All inner harbor routes will operate out of Long Wharf.

- From the South Shore, commuter boat services are available from Hingham to Boston, and Quincy and Hull to Boston and Logan Airport.



## Commuter Rail

### Planning Ahead

**South of Boston**
Lines south of Boston: Worcester/Framingham, Needham, Franklin, Attleboro, Middleborough/Lakeville and Plymouth will operate on a regular schedule.

**North of Boston**
Trains on the Fitchburg/South Acton, Lowell, Haverhill/Reading, and Newburyport/Rockport lines will stop at stations north of Boston where shuttle buses or subway trains will provide connecting service.

Please pick up the special schedule for north side commuter rail trains, or review it at www.mbta.com.

**Connecting Service**
Show a valid commuter rail pass or ticket to board shuttle buses, MBTA buses, or to enter the following stations: Aquarium, Downtown Crossing, Haymarket, Park Street, Porter Square, South Station, State, and Wonderland. Interzone tickets will not be accepted on shuttle buses.

**Ticket Information**
- If you are not a regular T customer with a monthly pass, we recommend that you buy a 12-ride ticket, or individual tickets at least a week in advance.

- Round trip tickets can be purchased for cash on commuter rail trains. Tickets must be used the same day.

- One-way fares range from $3.25 to $6.00. 12-ride tickets range from $39.00 to $72.00

## Additional Travel Options

The North Shore Mall in Peabody
Former Mishawum Station in Woburn

### Getting into Boston
- Monday through Friday, shuttle buses will provide service to South Station every half hour between 5:30 and 8:30 a.m.

### Leaving Boston
- From South Station, a shuttle bus will make the return trip. Buses depart South Station every 20 to 30 minutes between 3:00 and 6:00 p.m.

### Parking
- Parking is free at both locations.

## Commuter Rail Route Changes by Line

### The Newburyport/Rockport Line



#### Getting into Boston
- Monday to Friday before 10:00 a.m., your regularly scheduled train will stop at Lynn Station where you'll pick-up a shuttle bus to South Station.

  The trip from Lynn to South Station could take from 50 to 70 minutes.

- After 10:00 a.m. and on the weekend, shuttle buses from Lynn Station will travel to Wonderland Station on the Blue Line for connecting service to Boston.

- From River Works and Chelsea Stations, please board a regularly scheduled MBTA bus for connecting service to downtown or the Blue Line.

#### Leaving Boston
- Take the Blue Line to Wonderland Station. A shuttle bus will take you to Lynn Station to pick-up the Newburyport/Rockport train.

  Allow 25 to 35 minutes for the shuttle bus to travel from Wonderland to Lynn.

#### Parking
- Additional parking is available at Lynn Station garage, Wonderland Station, and Suffolk Downs Station in Revere.

### The Lowell Line

#### Getting into Boston
- All week your regularly scheduled train will stop at Anderson RTC in Woburn where an express bus will take you to South Station.

  The trip from Woburn to South Station could take 35 to 50 minutes.

- Stay on the train if you need to get to Winchester, Wedgemere or West Medford Stations.



**Lowell Line Shuttle and Bus Locations**

Outer Stations: Anderson/RTC to South Station

Inner Stations: Weekdays-only bus to Haymarket before 3PM, South Station after 3PM Weekends use Rt. 80, 94, 95, or 134

- If you normally board the train at Winchester, Wedgemere or West Medford Stations, catch Bus Route 326, operating every 12 to 15 minutes during weekday rush hours and traveling to Haymarket Station daily until 3:00 p.m. and to South Station after 3:00 p.m.

**Leaving Boston**
- From South Station, an express bus will take you to Anderson RTC in Woburn.

- To return to Winchester, Wedgemere or West Medford Stations, catch Bus Route 326 leaving from Haymarket before 3:00 p.m. and South Station after 3:00 p.m.

**Weekend Service Note**
- From Winchester and Wedgemere Stations, catch Bus Route 134.

- From West Medford Station, catch Bus Routes 80, 94 or 95.

**Parking**
- Ample parking is available at the Anderson RTC Station in Woburn.

### The Haverhill/Reading Line

**Getting into Boston**
- All week your regularly scheduled train will stop at Oak Grove Station in Malden where extra service on the Orange Line will be available.

- Several Haverhill trains will also travel on the Lowell rail line. For those trains, service will end at Anderson RTC in Woburn where a shuttle bus will take you to South Station.

**Leaving Boston**
- Take the Orange Line to Oak Grove Station in Malden to pick-up the Haverhill/Reading train.

### The Fitchburg/South Acton Line

**Getting into Boston**
- All week your regularly scheduled train will stop at Porter Station where extra service on the Red Line will be available.

**Leaving Boston**
- Take the Red Line to Porter Square Station and catch the Fitchburg train.



**Buying Your August Monthly Pass**

Ticket windows open July 20 at North, South, and Back Bay Stations. Ticket windows at Downtown Crossing and Government Center Stations open on July 21. Cash-only sales are also available at Oak Grove and Porter Stations, July 26-30th.



**We'll be there to help you.**

Look for MBTA staff and yellow shirted volunteers. We'll be located in key stations to help you get there.

**See something?
Say something.**

# TRANSIT WATCH

- Trust your instincts — especially when it comes to security. If you see an unattended package or bag, or if you witness suspicious behavior, please report it to an MBTA official immediately or call (617) 222-1212.

**Need to know more? Contact us.**
- Call MBTA Customer Service at (617) 222-3200

- The Ride: Persons with disabilities may call (617) 222-5123

- To contact MBTA Police, please call (617) 222-1212

- To order tickets, passes or to learn more, visit www.mbta.com

**Thank you for taking the T.**

**MBTA SUBWAY MAP**

Stations shown (by line):

- **Red Line (north branch):** Alewife, Davis, Porter, Harvard, Central, Kendall/MIT, Charles/MGH, Park St, Downtown Crossing, South Station, Broadway, Andrew, JFK/UMass
  - **Ashmont branch:** Savin Hill, Fields Corner, Shawmut, Ashmont
  - **Braintree branch:** North Quincy, Wollaston, Quincy Center, Quincy Adams, Braintree
- **Mattapan Line:** Cedar Grove, Butler, Milton, Central Ave, Valley Rd, Capen St, Mattapan
- **Orange Line:** Oak Grove, Malden, Wellington, Sullivan Square, Community College, North Station, Haymarket, State, Downtown Crossing, Chinatown, NE Medical Center, Back Bay, Mass Ave, Ruggles, Roxbury Crossing, Jackson Sq, Stony Brook, Green St, Forest Hills
- **Blue Line:** Wonderland, Revere Beach, Beachmont, Suffolk Downs, Orient Heights, Wood Island, Airport, Maverick, Aquarium, State, Government Center, Bowdoin
- **Green Line:**
  - **B:** Boston College, Washington St, Harvard Ave, (BU Central, BU East)
  - **C:** Cleveland Circle, (Coolidge Corner, Washington Square, St Mary's)
  - **D:** Riverside, Woodland, Waban, Eliot, Newton Highlands, Newton Centre, Chestnut Hill, Reservoir, Beaconsfield, Brookline Hills, Brookline Village, Longwood
  - **E:** Heath, (Northeastern, Museum of Fine Arts, Longwood, Brigham Circle), Prudential, Symphony
  - Trunk: Kenmore, Hynes/ICA, Copley, Arlington, Boylston, Park St, Government Center, Haymarket, North Station, Science Park, Lechmere
- **Silver Line / Washington St:** (Dudley Sq area with Melnea Cass Blvd)
- **Commuter Rail to Hull / Hingham / Quincy** (dashed)

Labels near downtown: Fenway, E. Berkeley St, Worcester Sq, Mass Ave, Dudley Sq, Logan International Airport

**LEGEND**

[]•[][]•[]  Transit lines & stop

○○○○○  Commuter rail & station / Terminal station

●—●—●  Free interchange with other lines

▲ Accessible Station

P Parking

*Boylston: Accessible for Silver Line only
*State: Blue line wheelchair access outbound side only. Inbound riders transfer to outbound train at Government Center. Exit State outbound

**Water Transportation Services**
- F1 Hingham Shipyard to Rowes Wharf, Boston
- F2 Quincy, Hull, & Logan Airport to Long Wharf, Boston
- F3 Lovejoy Wharf to Charlestown Navy Yard
- F4 Long Wharf to Charlestown Navy Yard
- F5 Lovejoy Wharf to U.S. Courthouse to World Trade Center

Customer service & travel information......(617) 222-3200
Visit our website at: www.mbta.com

