# TRANSIT WATCH

**Due to concerns raised by the Department of Homeland Security and other law enforcement agencies, the MBTA is taking steps to make the transit system safer and more secure.**

- For the protection and the security of the riding public, all persons choosing to use the MBTA transit system will be subject to security inspections of their handbags, briefcases and/or other carry-on items.

- Any person refusing to allow a security inspection will be either denied entry or requested to leave MBTA property.

- Any person refusing to leave when requested to do so, will be subject to arrest for trespass pursuant to M.G.L. 266, § 120.

- All unattended bags or packages will be searched and removed by the MBTA.

- Additionally, all persons entering the transit system should be advised that their transportation may be delayed in order to carry out other security measures.

**Working together, transit employees and customers can provide a highly effective first line of defense against terrorism.**

 **Massachusetts Bay Transportation Authority**