



# Massachusetts Bay Transportation Authority
## America's First Subway

**Inside the T**      Traveling on the T      **Projects Under Way**      **Doing Business with the T**      **Contact U**

Site Map | Search | FAQs | Transit Lir

**Traveling on the T**
Using the T
Safety
Accessible Services
Schedules, Maps & Station Info
Passes, Programs & Fares
Sales Locations

**Transit Updates** ▷

**Schedules, Maps & Station Info** ▷

**Passes, Programs & Fares** ▷

**Quick Links:**
Subway Map
Commuter Rail Map

Traveling on the T > Security Update

# TRANSIT WATCH UPDATE JULY 2004

Table of Contents

In English
In Chinese
In Creole
In Spanish

## In English

TRANSIT WATCH

July, 2004

### MBTA launches inspections of carry-on items.

To maintain the safety of our passengers, we ask you to support our efforts by bringing fewer items aboard MBTA buses, subway and commuter rail trains.

From now on:

• All MBTA customers will be subject to security inspections of any carry-on item. Your commute may be briefly delayed. Please allow a little extra time for a potential security inspection of your handbags, briefcases and/or other carry-on items and for other security measures. Your patience is appreciated.

See something? Say something.
TRANSIT WATCH
(617) 222-1212

"Our goal in initiating carry-on inspections and other security measures is to safeguard the riding public and thereby deter and prevent terrorist activity."
-MBTA Police Chief Carter

Due to concerns raised by the Department of Homeland Security and other law enforcement agencies, the MBTA is taking steps to make the transit system safer and more secure.

Working together, transit employees and customers can provide a highly effective first line of defense against terrorism.

MBTA Transit Police: (617) 222-1212
For information: (617) 222-3200
TTY: (617) 222-5146 or visit www.mbta.com

## In Chinese

# 公共監督

## 07/2004版本

**MBTA**開始檢查攜帶物品。

為了維持乘客的安全,我們要求你儘量少地攜上汽車.地鐵和市郊火車。

從即日起:

- 所有乘客都要接受行李安全檢查。乘車往可能會有所延長。請為安全檢查和其他保留一點時間,以便檢查你的手袋,公事包及其物品。多謝合作!

# 公共監督

由於國安部和其他執法部門的關注,**MBTA**會進
整個運輸系統更安全和可靠。

- 為了保護和保障乘客的安全,所有乘坐公共交
  人都要接受安全檢查,包括手袋,公事包,及其何
  品。

- 任何拒絕接受檢查的人,不得進入或會被要求
  **MBTA**的所屬範圍。

- 凡被要求離開但仍然逗留者,將會按照麻省法
  **M.G.L. Ch. 266, §120,** 以非法進 入罪名

- 所有可疑的物品均由職員搜查和清除。

- 此外,忠告所有乘客,為了執行保安措施,乘車€
  間可能會有所延長。

在我們的員工和乘客的共同努力下,一定會為防
一手準備。

# 看到不對?就要說!

# 公共監督

## (617) 222-1212

"進行安全檢查和其他保安措施的目的是保障安全,同時阻止和防範恐怖活動。"
— **MBTA** 警察局長 **Carter**

由於國安部和其他執法部門的關注,**MBTA**會令整個運輸系統更安全和可靠。

在我們的員工和乘客的共同努力下,一定會為好第一手準備。

**MBTA**警察部: **(617) 222-1212**
查詢: **(617) 222-3200**
**TTY: (617) 222-5146**
或瀏覽網址: **www.mbta.com**

**In Creole**

**MONTRE DE TRANSIT**

## MISE `A JOUR
## JUILLET DE 2004

**Les inspections de lancements de MBTA de continuent des articles.**

Pour maintenir la sécurité de nos passagers, nous vous demandons de soutenir nos efforts en apportant moins d'articles ont bord des bus MBTA, le métro et les trains de rail migrants.

**Désormais:**

Tous les clients MBTA seront soumis aux inspections de sécurité de chacun continuent l'article. Votre pour faire la navette peut être brièvement retarde. Permettez s'il vous plait un peu de temps supplémentaire pour une inspection de sécurité potentielle de vos sacs a main, porte-documents et-ou d'autre continuer des articles et pour d'autres mesures de sécurité. Votre patience est appréciée.

**Voir quelque chose ? Dites quelque chose.**

## MONTRE DE TRANSIT

(617) 222-1212

" Notre but dans le fait d'initier continue des inspections et d'autres mesures de sécurité doit de protéger le public allant et dissuader ainsi et prévenir l'activité terroriste. "

**- Chef de Police Carter de - MBTA**

En raison des inquiétudes levées du Département de Sécurité de Patrie et d'autres agences d'application de la loi, le MBTA prend des mesures pour rendre le système de transit plus sur et plus sur.

Le fait de collaborer, les employées de transit et les clients peuvent fournir une première ligne extrêmement efficace de défense contre le terrorisme.

Police de Transit de MBTA : (617) 222-1212
Pour les renseignements : (617) 222-3200
TTY : (617) 222-5146 ou la visite www.mbta.com

## MONTRE DE TRANSIT

**En raison des inquiétudes levées du Département de Sécurité de Patrie et d'autres agences d'application d'al loi, le MBTA prend des mesures pour rendre le système de transit plus sur et plus sur.**

- Pour la protection et la sécurité du public allant, toutes les personnes voulant utiliser le système de transit de MBTA seront soumises aux inspections de sécurité de leurs sacs a main, porte-documents et-ou d'autre continuer des articles.
- N'importe quelle personne refusant de partir quand demande de faire ainsi, sera soumise à l'arrestation pour l'intrusion conformément a M.G.L.266, sectionne 120.
- Supplémentairement, on devrait aviser à toutes les personnes entrant le système de transit que leur transport puisse être retarde pour réaliser d'autres mesures de sécurité.

**En collaborant, les employées de transit et les clients peuvent fournir une premiere ligne extrêmement efficace de défense contre le**

terrorisme.

## In Spanish

## Seguridad de Transito

**Debido a los requisitos del Departmento de Seguridad Nacional (Department ofHomeland Security) y otras agencias de seguridad nacional, el MBTA está tomandomedidas para hacer el sistema de tránsito más seguro y confiable.**

-Por la protección y seguridad de los pasejeros públicos, todas las personas que eligen el uso del sistema de tránsito de MBTA, estarán sujetas a las inspeccciones de seguridad de susbolsas, paquetes, maletas de mano, portafolios, y otros artículos que lleven.

-Cualquier persona que se niegue a las inspecciones de seguridad, se le prohibirá la entrada ó se le pedirá que abandone la facilidades del MBTA.

-Cualquier persona que se niegue a abandonar el lugar cuando se lo pidan, estará sujeta a ser arrestada por entrar sin autorización en propiedad ajena, de conformidad con el M.G.L. 266, 120.

-Bolsas o paquetes abandonados serán inspeccionados y removidos por la MBTA.

-Adicionalmente, todas las personas que ingresen al sistema de tránsito público, deben entender que su transportación puede sufrir demoras por el cumplimiento de estas medidas de seguridad.

**Trabajando juntos, empleados de tránsito con nuestros clientes y pasajeros, podemos proveeer un excelente y efectivo cuidado de primera en la lucha contra el terrorismo.**

T Autoridad de Transporte de Massachusetts.

## ¿Ve Algo? Díga algo.

## SEGURIDAD DE TRANSITO
### (617) 222-1212

"Nuestra meta en iniciar las inspecciónes al montar nuestros vehículos y otras medidas de seguridad, es proteger a nuestros pasajeros, y así impedir y prevenir la actividad terrorista".

**-Carter, Jefe de Policía de MBTA.**

Debido a los requisitos del Departmento de Seguridad Nacional (Department of Homeland Security) y otras agencias de seguridad nacional, el MBTA está tomando medidas para hacer el sistema de tránsito más seguro y confiable.

Trabajando juntos, empleados de tránsito con nuestros clientes y pasajeros, podemos proveeer un excelente y efectivo cuidado de primera en la lucha contra el terrorismo.

Policía de Tránsito de MBTA: (617) 222-1212

Para más información: (617) 222-3200

TTY: (617) 222-5146, O Vísitenos en www.bmta.com

T Autoridad de Transporte de Massachusetts.

## SEGURIDAD DE TRANSITO
## INFORMACION IMPORTANTE

Julio, 2004

**MBTA inicia inspección de paquetes.**

Para mantener la seguridad de nuestros pasajeros, solicitamos su apoyo en traer la minina cantidad de paquetes a bordo de los buses, subterráneo y trenes del MBTA.

**Desde ahora:**

- Todos los pasajeros del MBTA estarán sujetos a las medidas de inspección de seguridad de paquetes. Su transporte puede tener pequeñas demoras. Por favor, disponga de tiempo extra para posible inspección de sus paquetes, portafolios y otros articulos que lleve. Apreciamos su paciencia.

**T Autoridad de Transporte de Massachusetts.**

Inside the T | Traveling on the T | Projects Underway | Doing Business with the T
Contact Us | Site Map | FAQs | Transit Links | Visiting Boston | Home

©2003, Massachusetts Bay Transportation Authority, all rights reserved.    Privacy Policy