UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN ARAB ANTI-DISCRIMINATION COMMITTEE, ET AL., <br><br> Plaintiff, <br><br> v. <br><br> MASSACHUSETTS BAY TRANSPORTATION AUTHORITY <br><br> Defendant. | Civil Action No. 04-11652-GAO |

### UNITED STATES *EX PARTE* EMERGENCY MOTION TO SEAL DOCUMENTS AND ENJOIN THEIR DISTRIBUTION

The United States respectfully files this emergency motion to seal certain documents filed in the above referenced action. Certain documents, listed below, reveal law enforcement sensitive information which has been marked as sensitive and not subject to public disclosure. The defendant did not share its opposition papers with the U.S. Attorney's Office prior to filing these papers. After attending the hearing on the motion for preliminary injunction, reviewing the papers, and conferring with affected federal law enforcement agencies, the United States has determined that certain materials included in the defendant's papers are not authorized for public disclosure.

Wherefore, the United States respectfully requests that this Court order:

1. That the materials listed below in the Court's record be sealed; and *pending further order.*

2. That all parties in possession of these materials be enjoined from distributing or otherwise disseminating these materials in any format or manner until a final decision on the status of these materials is rendered by the Court.

3. That all parties return copies of the materials to counsel for the MBTA.

**Documents To Be Sealed**

The Affidavit of Lewis P. Best and all attachments and exhibits to the Affidavit.

                                                Respectfully submitted,

                                                UNITED STATES OF AMERICA

                                                MICHAEL J. SULLIVAN
                                                United States Attorney

By: _____ 7/27/04
      Jennifer C. Boal
      Anton P. Giedt
      Assistant U.S. Attorneys
      1 Courthouse Way
      Boston, MA 02210
      617-748-3309 (Voice)
      617-748-3971 (Fax)
      anton.giedt@usdoj.gov

SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE