B

## LIMITED DISTRIBUTION

U.S. DEPARTMENT OF
HOMELAND SECURITY

Transportation Security
Administration

Transportation Security Directive

Subject: Threat to Passenger Rail Systems

Number: SD RAILPAX-04-01           Date: May 20, 2004

This Security Directive must be implemented within 72 hours of issuance. Recipients must immediately initiate action to implement the measures contained in this SD

EXPIRATION: Indefinite

THREAT INFORMATION: Intelligence indicates that terrorists have considered attacks on subways and trains in a number of countries, including the United States, using a variety of means including explosives, incendiary materials, small arms, and poison gas. The recent train bombings in Spain emphasize the intent of terrorists to target rail systems in Western Countries with the aim of causing mass casualties.

On March 11, 2004, ten bombs detonated on four commuter trains in Madrid, Spain, killing more than 200 individuals and injuring more than 1,500. The bombs were timed to detonate during the peak of rush hour as the trains were approaching or stopped at rail stations, apparently in an effort to maximize the casualties of passengers, as well as bystanders. Intelligence indicates terrorists have also considered attacks on subways and trains in the United States. Although no current intelligence exists on any ongoing plans for attacks on subways or trains in the United States, terrorist organizations are capable of conducting such attacks. In addition, terrorists involved with the previous train bombings, including the attacks in Madrid, are still at large.

TSA is issuing this Security Directive (SD) to require the implementation of security measures to address the current threat. This SD establishes a consistent baseline of protective measures applicable to all passenger rail operators. TSA recognizes that many passenger rail operators are currently implementing security programs and plans that include the measures set forth in this SD. TSA anticipates issuing additional SDs to address specific vulnerabilities and/or specific threats to a rail system or area as future circumstances warrant.

APPLICABILITY: This SD applies to passenger rail operations conducted by passenger rail operators. Passenger rail operators include:

1. Railroads that operate commuter passenger train service on standard gauge track which is part of the general railroad system of transportation.

LIMITED DISTRIBUTION

## LIMITED DISTRIBUTION

SECURITY DIRECTIVE RAILPAX-04-01
Page 2 of 4

2. Railroads that provide commuter or other short-haul rail passenger train service in a metropolitan or suburban area (as described by 49 U.S.C. 20102(1)), including public authorities operating passenger train service.

3. Passenger or freight railroads hosting the operation of passenger train service described in paragraph 1 or 2 above.

4. Heavy rail systems.

5. Light rail systems.

6. Operators of passenger rail cars and locomotives used for commuter rail service or intercity service.

7. Operators of terminals and stations providing service for commuter, passenger rail, and heavy and light rail operations.

For the purpose of this SD, Passenger Rail Operators do not include: The National Railroad Passenger Corporation (AMTRAK), Alaska Railroad Corporation; operations of private cars, including business/office cars and circus trains; tourist, scenic, historic, or excursion operations, whether on or off the general railroad system; aerial tramways; automated guideway transit, i.e. people movers; cable cars; inclined planes; and monorails.

PROTECTIVE MEASURES: The measures outlined in this SD shall be carried out by each passenger rail operator for its operations and operations it conducts on behalf of other passenger rail operators.

The following security measures must be implemented at all locations nationwide:

1. Designate a primary and alternate Security Coordinator (SC) and provide to TSA via e-mail to sd.masstrans t@dhs.gov, the names and phone numbers of the primary SC and alternate SC. Immediately notify TSA via e-mail whenever the name(s) or telephone number(s) of a designated SC changes.

2. Ensure that primary SC and alternate SC:

   a. Serve as the owner's and/or operator's primary and immediate contact for intelligence information and security-related activities and communications with TSA.
   b. Are available to TSA on a 24-hour basis.
   c. Review with sufficient frequency, as practicable and appropriate, all security-related functions to ensure they are effective and consistent with all applicable rail passenger security measures, including this SD.
   d. Upon learning of any instance of non-compliance with TSA-required security measures, immediately initiate corrective action.
   e. Coordinate implementation of the security measures with all other entities involved in the security operation, including, but not limited to, third party owners of rail passenger stations and freight railroads hosting the operations of parties to which this SD applies.

## LIMITED DISTRIBUTION

## LIMITED DISTRIBUTION

SECURITY DIRECTIVE RAILPAX-04-01
Page 3 of 4

3. Report potential threats or significant security concerns to appropriate law enforcement authorities and to the TSA's Transportation Security Coordination Center (TSCC). The TSCC's 24-hour/7-day-a-week number is (703) 563-3237 and e-mail is M&L.TSCC@tsa.dot.gov. NOTE: This reporting requirement does not prohibit the operator from also reporting incidents to other appropriate contacts.

4. Provide TSA via e-mail to sd.masstransit@dhs.gov with the date of the most recent vulnerability assessment conducted by or on behalf of the passenger rail operator. Allow TSA access to the vulnerability assessment and corresponding security plan (if available) of the passenger rail operator. If no vulnerability assessment has been conducted, so advise. DHS will protect this information from disclosure in accordance with applicable laws and regulations. DHS is developing a vulnerability self-assessment tool that can be used to evaluate the risk to assets and effectiveness of countermeasures and plans to make the tool available to rail passenger operators in the near future.

5. Ensure all appropriate operator and owner personnel are notified via briefings, e-mail, voice mail, or signage of any changes in threat conditions and protective measures, and reinforce employee watch programs.

6. Direct employees to be alert and immediately report through their appropriate chain of command any situation that appears to constitute a threat or suspicious activity. To the extent resources allow, utilize surveillance systems to monitor for suspicious activity.

7. Ensure information on heightened security measures is communicated to passengers in stations where practicable or on trains and ask passengers to report unattended property or suspicious behavior to uniformed crew members and/or law enforcement personnel.

8. At passenger rail stations at which a vulnerability assessment has identified a significant risk, and to the extent practicable, remove from platform areas of passenger terminals and stations trash receptacles and other non-essential receptacles or containers, with the exception of bomb resistant receptacles or clear plastic receptacles which may continue to be used. Install bomb resistant receptacles to the extent resources allow.

9. Utilize explosive detection canine teams, if available.

10. Allow TSA-designated canine teams at any time or place to conduct canine operations under the overall direction of the authority responsible for security of the transit property or rail operator.

11. In coordination with the SC, allow TSA/DHS-designated Security Partnership Teams, at any time or location, to perform inspections, evaluations, or tests, including copying records, with regard to the execution of this SD. DHS will protect this information from disclosure in accordance with applicable laws and regulations.

12. Conduct frequent inspections of key facilities, stations, terminals, or other critical assets for persons and items that do not belong.

## LIMITED DISTRIBUTION

## LIMITED DISTRIBUTION

SECURITY DIRECTIVE RAILPAX-04-01
Page 4 of 4

13. At regular periodic intervals, inspect each passenger rail car for suspicious or unattended items.

14. Ensure that appropriate levels of policing and security are provided that correlate to DHS threat levels and threat advisories.

15. If equipped with locking mechanisms, lock all doors which allow access to the engineer's or train operator's cab or compartment.

**PASSENGER RAIL OPERATOR ACKNOWLEDGMENT:** The passenger rail operator must immediately provide confirmation of receipt of this SD to TSA via e-mail to sd.masstransit@dhs.gov.

**PASSENGER RAIL OPERATOR DISSEMINATION REQUIRED:** The passenger rail operator shall immediately pass the information and directives set forth in this SD to all stations affected. The passenger rail operator shall disseminate this SD to its senior management personnel and supervisory security and law enforcement personnel at all locations. Distribution of the information in this SD should be limited to those persons with an operational need to know.

**APPROVAL OF ALTERNATIVE MEASURES:** With respect to the provisions of this SD, the passenger rail operator may submit to TSA, proposed alternative measures and the basis for submitting the alternative measures for approval by the TSA Assistant Administrator for Maritime and Land Security. The passenger rail operator shall immediately notify TSA whenever any procedure in this SD cannot be carried out by the passenger rail operator or its agents.

**FOR TSA ACTION ONLY:** The TSA shall issue this SD immediately to the corporate security element of the passenger rail operator.

**AUTHORITY:** This SD is issued under the authority of 49 U.S.C. 114. The Administrator has determined that this SD does not contain sensitive security information (SSI) as defined in 49 C.F.R. Part 1520.

TSA will continuously evaluate the need for this Security Directive and issue updates as appropriate.

David M. Stone
Acting Administrator
Transportation Security Administration

LIMITED DISTRIBUTION