# FBI 7/01/04 INTELLIGENCE BULLETIN 134

# REDACTED



# Federal Bureau of Investigation Intelligence Bulletin

## Counterterrorism Division



# FBI Intelligence Bulletin No. 134

July 1, 2004
Threat Level: <u>Yellow (Elevated)</u>

The FBI Intelligence Bulletin, disseminated on a weekly basis, provides law enforcement with current, relevant terrorism information developed from counterterrorism investigations and analysis. The Intelligence Bulletin does not contain threat warning information.

Handling Notice: Recipients are reminded that the Intelligence Bulletin is designated "Law Enforcement Sensitive" and should not be disseminated beyond law enforcement circles.

## Item: Fourth of July Threat Environment



indicate a wide range of possible infrastructure targets. These include:

FBI Counterterrorism Intelligence Bulletin | BSJTTF | LEOSIG | LEO                              Page 2 of 4

- [redacted]
- Subways, passenger trains, freight trains carrying toxic industrial chemicals, rail and vehicle bridges and tunnels;
- [redacted]



FBI Counterterrorism Intelligence Bulletin | BSJTTF | LEOSIG | LEO     Page 3 of 4



## Administrative Note

Law Enforcement Response Information contained in the FBI Intelligence Bulletin is Law Enforcement Sensitive and intended for official use only. No portion of this Bulletin should be posted on public web servers, released to the media, the general public or over non-secure Internet servers. Release of Law Enforcement Sensitive material could adversely affect or jeopardize investigative activities.

Departments are requested to contact the nearest FBI field office or resident agency in their area should additional information be developed related to the above matter. Questions regarding the content of these Bulletins should also be directed to the nearest

FBI Counterterrorism Intelligence Bulletin | BSJTTF | LEOSIG | LEO   Page 4 of 4

FBI field office or resident agency.