# FBI/DHS 7/22/04 ASSESSMENT

# REDACTED



UNCLASSIFIED//FOR OFFICIAL USE ONLY



**Federal Bureau of Investigation**



Department of Homeland Security
Washington DC 20528

**Homeland Security**

July 22, 2004

SUBJECT:    THE DEMOCRATIC NATIONAL CONVENTION
26-30 July 2004
Boston, MA

(U) FOR MASSACHUSETTS HOMELAND SECURITY ADVISOR AND STAFF

(U) THIS IS A JOINT DHS AND FBI ASSESSMENT

WARNING: This document is LAW ENFORCEMENT SENSITIVE (LES) AND FOR OFFICIAL USE ONLY (FOUO). It contains information that may be exempt from public release under the Freedom of Information Act (5 U.S.C. 552). It is to be controlled, stored, handled, transmitted, distributed, and disposed of in accordance with DHS policy relating to FOUO information and is not to be released to the public or other personnel who do not have a valid "need-to-know" without prior approval of an authorized DHS official.

(U) DHS and FBI intend to update this Threat Assessment should additional relevant information become available, including information provided by the user community. Based on this notification, no change to the Homeland Security Advisory System (HSAS) level is anticipated; the current HSAS level is YELLOW-ELEVATED.



UNCLASSIFIED//FOR OFFICIAL USE ONLY



UNCLASSIFIED//FOR OFFICIAL USE ONLY



UNCLASSIFIED//FOR OFFICIAL USE ONLY



UNCLASSIFIED//FOR OFFICIAL USE ONLY



## THREATS TO MASS TRANSIT

(U//FOUO) Al-Qaida and other groups have demonstrated the intent and capability to attack public transportation with conventional explosives, vehicle-borne bombs, and suicide bombers.

(U//FOUO) Recent attacks against transportation targets have increased the profile of the terrorist threat to the transportation industry. Railways and subways are targets of interest, as the Madrid bombing demonstrates.





(U) Two of Boston's major transportation hubs will be closed during the DNC. The North Station Rail hub will be closed from July 23 to July 30. Interstate 93 will be closed during evening hours. The North Station's four commuter lines from the north will be stopped outside of the city and passengers will be required to continue their travel by shuttle bus. Subway service to the North Station also will be suspended during the convention.

(U) The Massachusetts Bay Transportation Authority (MBTA) will search all bags and ban passengers on the Orange Line and T-buses that travel on Interstate 93 and pass by the Fleet Center from carrying anything larger than a pocketbook or briefcase. On other transit lines, pocketbooks, briefcases, backpacks and packages will be subject to random search. Those who refuse to be searched will not be allowed to board. Large bags, suitcases and gift totes will be inspected in every case.



 

UNCLASSIFIED//FOR OFFICIAL USE ONLY



UNCLASSIFIED//FOR OFFICIAL USE ONLY




UNCLASSIFIED//FOR OFFICIAL USE ONLY



UNCLASSIFIED//FOR OFFICIAL USE ONLY

UNCLASSIFIED//FOR OFFICIAL USE ONLY



(U) DHS and FBI encourage recipients of this assessment to report information concerning suspicious or criminal activity to local law enforcement, the local FBI Joint Terrorism Task Force or the Homeland Security Operations Center (HSOC). ██████████████████ ████████████████ For questions regarding further dissemination, please contact ████████████████████

UNCLASSIFIED//FOR OFFICIAL USE ONLY