**<u>Exhibit E to Affidavit of Lewis P. Best</u>**
**Recent Terrorist Activity on Transit Systems**

INTERNATIONAL:

- On December 24, 2003, in Madrid, Spain, a bomb was discovered shortly after the arrests of two ETA suspects in northern Spain. One had placed the bomb, containing twenty kilos (forty-four pounds) of dynamite aboard the train. The other suspect was trying to place a sixty-one pound suitcase bomb aboard the same train, but was apprehended.

- On May 17, 2004, a twelve-kilogram bomb inside a bag was discovered under a track on the Madrid-Seville line, sixty kilometers South of Madrid. Six-bullet trains were stopped. The bomb failed to detonate because it was not properly connected. The bomb was made of the same type of explosives used in the Madrid terrorist bombings.

- On July 6, 2004, Police in Rome, Italy discovered a bomb, a metal tube packed with explosives, on a main railway line. Initial investigation suggested that the bomb was planted sometime ago but failed to explode. The bomb was marked "Ein Tirol." The Alto Adige separatist group Ein Tirol apparently planted the bomb. Investigators were quoted as saying, "The group claimed responsibility for a series of attacks in the 1980s." The bomb was very similar to those used two decades ago.

- On June 7, 2004, alleged Egyptian bomb expert, Hamed Sayed Osman Rabie, was arrested and was feared to be planning an attack on the Paris Metro in the three days prior to Sunday's (June 13, 2004) European election. This subject, also known as "Mohammed the Egyptian,' is suspected of playing a leading role in the Madrid train bombings and is wanted by Spanish authorities.

- On June 15, 2004, more intelligence was received regarding follow up to the June 7, 2004 arrest of alleged Egyptian bomb expert, Hamed Sayed Osman Rabie. French anti-terror police reported they had arrested six people and seized weapons in raids on suspected Islamic militant groups in the Paris region.

- On June 24, 2004, in Assam, India, a bomb exploded on a crowded bus. The explosion blew apart the bus, killing five people and injuring seventeen others.

- On June 24, 2004, a bomb exploded on a city bus in Istanbul, Turkey. The bomb killed at least two people and injured seven others. The bus bombing-occurred several miles away from the site of the upcoming NATO summit meeting.

NATIONAL:

- On July 6, 2004, in Portage, Wisconsin, a series of bomb threats were directed at an Amtrak train. Columbia Sheriff's Department responded. A total of 282 passengers and crew were taken to a near by school for questioning while explosive specialists searched the train. Police found that some of the passengers had fireworks in their luggage. No other explosives were found.

- During May of 2004, Homeland Security advised of the increased activity pertaining to individuals photographing and videotaping shorelines, ferries and commuter boat operations.

- On June 10, 2004, railroad switches were manipulated in the area of the G-8 Summit. The engineer observed jumper cables taped to the rails as a shunt. This rail line runs through Savannah, GA.

- On June 14, 2004, Amtrak Police Department advised that the Baltimore Police Intelligence Unit reported that on June 14, 2004, in Baltimore MD, an anonymous male caller reported to Baltimore Police that a bomb would explode in one hour and twenty-five minutes and mentioned a train was leaving the Amtrak Station in one hour. Train service was held and no explosives were found.