**Exhibit F to Affidavit of Lewis P. Best**

**FILED UNDER SEAL**
**CONTAINS HIGHLY SENSITIVE SECURITY INFORMATION**