

**Massachusetts Bay Transportation Authority**

Security Awareness Program




### See something? Say something. TRANSIT WATCH

The MBTA is one of America's most extensive transit networks – and also one of the safest. Still, since 9/11, it's never been more important to be alert and aware when you're riding the T.

## When you're in transit, keep a watchful eye.

As you enjoy your ride, you may witness something suspicious, such as:

- A passenger behaving oddly.
- An unaccompanied bag, pack or box in a remote area.
- A group operating in an orchestrated or rehearsed manner.

## See something? Say something immediately.

- Trust your instincts and report it to the MBTA.
- Do not confront suspicious individuals by yourself.
- In the event of an unaccompanied bag or package, do not use your cellular phone until you are a safe distance away.



## Report to an MBTA official, police officer or call (617) 222-1212.

- Notify the T Police via the motorman, guard, collector's booth attendant or any MBTA employee.
- Each train is in radio contact with the T Police and every collector's booth has a telephone.

## What to watch for:

### Unattended packages and bags

- Placed in an out-of-the-way location.
- Unusual attached batteries, wires, cell phones, or messages and tanks, bottles or bags that might contain chemicals.
- An attached message or note.
- A suspicious cloud, mist, gas, vapor, odor or seeping fluid.

### Suspicious behavior

- Individuals in the act of abandoning a package or bag, who then hastily depart.
- People showing visible signs of nervousness, such as excessive perspiration.
- People carrying spray bottles or aerosol canisters.
- Those wearing excessively baggy clothing or clothes that are inappropriate for warm weather.

Case 1:04-cv-11652-GAO    Document 21-8    Filed 07/30/2004    Page 3 of 4



## Everyday ways to be prepared.

 Know your entrances, exits and emergency exits. If there is a need to evacuate, use the stairs.

 Always listen to station, train or bus announcements.

 If you are medically qualified and able to assist, please identify yourself to a uniformed MBTA employee.

 If you see smoke or suspect a fire, notify a uniformed MBTA employee.

## Why Transit Watch?

Working together, transit employees and customers can provide a highly effective first line of defense against a potential natural or man-made disaster.



See something? Say something.
TRANSIT WATCH
(617) 222-1212



Massachusetts Bay Transportation Authority




# Massachusetts Bay Transportation Authority
### America's First Subway

Inside the T    Traveling on the T    Projects Under Way    Doing Business with the T    Contact U

Site Map | Search | FAQs | Transit Links

**Traveling on the T**
Using the T
Safety
   Together We Prepare
   Emergency Instructions
   Emergency Response
   Railroad Safety
   Escalator Safety
   Riding Safe Tips
Accessible Services
Schedules, Maps & Station Info
Passes, Programs & Fares
Sales Locations

Transit Updates

Schedules, Maps & Station Info

Passes, Programs & Fares



Subway Map
Commuter Rail Map

Traveling on the T > Security Initiatives

## Security Initiatives

To our customers:

Thank you for taking an interest in the MBTA's initiatives and programs for keeping our multi-modal transit system safe and secure for the hundreds of thousands of people who use it everyday.

At the MBTA, customer safety is our top priority. While customers are valued and respected, they are also relied upon to help us detect and prevent any potential threats to safety and security.

Under the Transit Watch program, the eyes and ears of our customers are valuable tools in the continuing effort to maintain a safe transit environment. Alert passengers who observe activities or things that seem out of place or out of the ordinary are asked to report such instances to a uniformed MBTA employee or to call MBTA Police at (617) 222-1212.

Examples include:

- An unattended package or bag on a seat or a platform.
- Unauthorized people in a seemingly restricted area.
- Suspicious behavior or disorderly conduct.
- Unexplainable odors, substances, or smoke.

In the simplest terms, the message comes down to this: If you see something, say something. Together, we can make a difference.



MBTA General Manager Michael H. Mulhern speaks at a forum on transit security hosted by Congressmen Stephen F. Lynch (far right) and Michael E. Capuano (middle). The gathering of transit and law enforcement officials came a month after terrorist attacks on Spanish trains. "In light of Madrid, we need to do a better job of engaging the public," said Mulhern.

Click to see larger view >>

Sincerely,

Michael H. Mulhern
MBTA General Manager