UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AMERICAN-ARAB ANTI-DISCRIMINATION COMMITTEE, et al., <br> Plaintiffs, <br><br> v. <br><br> MASSACHUSETTS BAY TRANSPORTATION AUTHORITY, <br> Defendant | Civil Action No. 04-11652-GAO |

## NOTICE OF WITHDRAWAL

I hereby withdraw my appearance as counsel for the plaintiffs in the above action.

RESPECTFULLY SUBMITTED,

*[signature]*

J. Lizette Richards
BBO# 649413
Law Offices of Howard Friedman, P.C.
90 Canal Street, 5th Floor
Boston, MA 02114-2022
(617) 742-4100

**CERTIFICATE OF SERVICE**

I certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail / by hand.

Date: *[signature]* 10/27/04